**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

-------------------------------------------------------------------X

CHERNOR BAH,

        Plaintiff,

    -against-                              **COMPLAINT AND
JURY DEMAND**

YASSIN CHOYE,

        Defendant.

-------------------------------------------------------------------X

Plaintiff, Chernor Bah, ("Bah" or "Plaintiff") brings this complaint in the United States District Court of the District of Columbia against Yassin Choye ("Defendant" or "Choye"), an individual residing in the District of Columbia, alleging as follows:

<u>**INTRODUCTION**</u>

1.     This is a defamation lawsuit being filed for the second time by Bah against the Defendant Choye, an ex-girlfriend who has maliciously disseminated false and reprehensible lies, including accusations of the crimes of rape and sexual abuse.  The first lawsuit against the defendant was dismissed for lack of personal jurisdiction on October 30, 2015 by the Honorable Manuel Mendez in the Supreme Court of the State of New York, New York County. The first lawsuit against Defendant Choye was filed on July 1, 2015 and included another defendant, Vivian Onano (described below), who also issued defamatory statements to third parties and conspired with Defendant Choye to do so.

2.     By way of background, Bah engaged in a consensual romantic relationship with Defendant Choye beginning in the fall of 2014 and ended in May of 2015.

3.     In late May and early June of 2015, the Defendant Choye learned that Bah had begun dating another woman and, fraught with jealousy and discontent, planned and took actions

that she described were intended to "destroy" Bah.

4.      Upon information and belief, Defendant Choye's plan to "destroy" Bah led her to enlist the assistance of Vivian Onano ("Onano"), who previously had a relationship with Bah and knew of his relationship with Defendant Choye, as Defendant Choye took action to destroy Bah's reputation and means of earning a living by spreading reprehensible falsehoods.

5.      Specifically, Defendant Choye and Onano intentionally both made false statements to multiple third parties, claiming that Bah had committed sexual crimes and that he was under investigation for the crimes of rape and sexual abuse, all with the knowledge that these statements were completely untrue.

6.      Onano is the subject of a separate lawsuit in her home state relating to her specific defamatory statements. The lawsuit against Onano is in the Supreme Court of the State of New York, New York County, index number 156658/2015. She failed to answer the complaint and Bah is currently seeking a default judgment against Onano.

7.      Prior to the filing of the lawsuit in when Bah confronted the Defendant Choye about her false statements and offered her the opportunity to retract, Defendant Choye instead chose to make matters worse by filing a false police report, falsely accusing Bah of forcible rape while simultaneously attempting to destroy evidence of their consensual relationship which would reveal the falsity of her accusations against Bah.

8.      As a result of Defendant Choye's repeated false statements and accusations, Bah suffered substantial damage to his reputation and earning capacity. Defendant Choye's conduct has harmed not only Bah, but all women who are real victims of rape because it gives the public more reason to cast doubt on such accusations.  The full extent of the harm caused to Bah is not yet known but each day new information comes to light revealing that Defendant Choye have

implemented a calculated and vicious scheme to assassinate Bah's character and reputation. This lawsuit seeks to rectify the Defendant Choye's unlawful conduct.

## JURISDICTION AND VENUE

9.      This Court has personal jurisdiction over Defendant Choye because she is an individual residing in and doing business in the District of Columbia.

10.     Venue in this District is proper under 28 U.S.C. § 1391(b).

11.     This Court has diversity jurisdiction over the parties pursuant to 28 U.S.C. §1332. Defendant Choye is a citizen of a state different than that of the Plaintiff and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Plaintiff also invokes the supplemental jurisdiction of this Court with respect to claims based upon the laws of the State of New York, pursuant to 28 U.S.C. § 1367.

## THE PARTIES

12.     Bah is a resident of New York and was previously employed as the youth engagement officer at "A World at School," a digital campaign and social mobilization organization for global education located in New York. A World at School, as part of its social mobilization efforts, established the Global Youth Ambassadors Initiative to give young people a platform and the resources to campaign for education. There are about 500 ambassadors in 86 countries.

13.     Defendant Choye is a resident of the District of Columbia and, upon information and belief, employed as an Ambassador in the Global Youth Ambassadors Initiative program.

## STATEMENT OF FACTS

**A.      Underlying Relationship**

14.     In or about the fall of 2014, Bah and Defendant Choye entered into a consensual

romantic and sexual relationship.

15.     On November 26, 2014 Defendant Choye asked Bah if he would go to Disney World with her and Bah agreed. On December 17, 2014 Defendant Choye and Bah traveled to Orlando, Florida and stayed until December 21, 2014.

**B.     Plaintiff and Defendant Choye have Consensual Sexual Intercourse**

16.     During this trip, Bah and Defendant Choye had consensual sexual intercourse. The consensual nature of this relationship and their sexual intercourse is evidenced by:

   a.   The fact that they stayed in the same hotel room for the entire duration of the trip;

   b.   The friendly nature of the "Whatsapp" instant messages sent between the Defendant Choye and Bah during the trip **(Exhibit A)**;

   c.   A self-taken photograph of Defendant Choye posted on her social media Instagram account while in Orlando, Florida, on or about December 18, 2014. This photograph was taken and posted by Defendant Choye within two hours of having consensual sex with Bah, for the second time on the trip. It depicts her smiling, and bears the caption "I mean, it's all just sunshine ☺ ☺ !!! Yasssssss #Florida ☺ ☺" **(Exhibit B)**

   d.   A photograph of Defendant Choye and Bah on or about December 18, 2014 depicting both Defendant Choye and Bah smiling in Orlando, Florida within hours after having consensual sex for the second time on the trip. **(Exhibit C)**

   e.   Romantic and sexual text messages and pictures sent by Defendant Choye to the Bah following the trip, including:

      i.   A collage of photographs created by Defendant Choye immediately after

she returned from Orlando and posted on her social media Instagram account captioned "I'm grateful!!!!!!" depicting her trip to Disney with Plaintiff (**Exhibit D**);

17.    Bah and Defendant Choye continued a consensual romantic and sexual relationship following their trip to Orlando. The consensual nature of this sexual relationship is evidenced by numerous acts and statements by Defendant Choye, including, but not limited to, the following facts:

a.    On December 29, 2014 Defendant Choye traveled to New York to see Bah, stayed with him until January 4, 2015, and had consensual sexual intercourse with him on at least two occasions during that stay.

b.    On January 4, 2015 Defendant Choye's text message to Bah that states "Y am I craving to make l… With you." **(Exhibit E);**

i.    On January 4, 2015 Defendant Choye's sent a message to Bah that stated she loves him and will miss him "romantically" when she goes to bed **(Exhibit F);**

ii.    On January 8, 2015 Defendant Choye sent a message to Bah stating "I love you sweetheart" and "I really really wanna spend the rest of my life with you." **(Exhibit G)**

iii.    On January 11, 2015 Defendant Choye's sent a message to Bah titled "Heyyy let's go" and containing a hyperlink suggesting places to travel with Plaintiff for their next trip **(Exhibit H);**

iv.    On February 17, 2015 Defendant Choye wrote an email to Bah which included a lengthy graphic and sexually-explicit poem about her having and

enjoying sexual intercourse with Bah **(Exhibit I); and,**

v.   On February 17, 2015 Defendant Choye thanked Bah for "all the beautiful

moments we had, the ride at 'mountain everest'" and "for all the nice things

[Bah does for her] that [he doesn't] really have to." The reference to

"mountain Everest" is a reference to their time in Orlando on December 17-

21, 2014 **(Exhibit J).**

18.     In or about late February 2015, Bah and Defendant Choye's relationship ended, but

almost immediately Bah and Defendant Choye re-entered a tenuous long-distance relationship.

19.     On April 8, 2015 Defendant Choye sent Bah a collage of photographs taken during

their trip to Orlando, Florida and stated in a message to Plaintiff: "[Mr. Bah], I want you back and

I want something serious." **(Exhibit K)**.

20.     On May 19, 2015, via email, Bah and Defendant Choye agreed to end their romantic

relationship. In response to Bah's email stating he wanted to end their romantic relationship,

Defendant Choye replied that she wished Bah well, thanked him for everything, and stated "You

are amazing, and I know you will always be:)" **(Exhibit L)**.

### C.      Defendant Choye's Motivation for her Defamatory Campaign

21.     On May 27, 2015, less than ten days after the parties ended their relationship,

Defendant Choye came to visit New York and asked Bah if she could drop-off gifts that she had

purchased for him. Upon arriving in New York, Bah and Defendant Choye went to dinner. That

evening Defendant Choye discovered Bah was romantically involved with another woman

(hereinafter referred to as "A.D.").

22.     After dinner on May 27, 2015 Bah and Defendant Choye returned to Bah's

apartment and Defendant Choye asked Bah if she could stay the night with him. Bah agreed.

23.     While at Bah's apartment, Defendant Choye secretly searched his phone contacts and found A.D.'s phone number.

24.     Later that night, at the request of Defendant Choye, Bah and Defendant Choye had consensual sexual intercourse.

25.     The following morning, at approximately 6:00 am on May 28, 2015, Defendant Choye sent a text message to A.D. In the text message Defendant Choye falsely represented her name as "Fatou." **(Exhibit M)**. Defendant Choye also falsely represented that she and A.D. had previously met. Defendant Choye stated that she wanted to make sure A.D. was "aware of a situation," which was that Bah had cheated on A.D. with Defendant Choye, all in an effort to expose Bah as unfaithful and cause his relationship with A.D. to end.

26.     As a result of Defendant Choye's communication with A.D., A.D. traveled to Bah's apartment and confront Bah and Defendant Choye.

27.     Bah and A.D. spoke and began to reconcile, at which point Bah asked Defendant Choye to leave his apartment so he could speak privately with A.D.

28.     Upon information and belief, Defendant Choye's realization that she had failed to persuade A.D. to end her relationship with Bah angered Defendant Choye, ultimately leading her to maliciously make the false accusations that are the basis of this complaint.

**D.     The Smear Campaign**

29.     Soon after May 28, 2015, Defendant Choye, contacted Onano, who also disliked Bah for rejecting her own sexual advances in the past, and they agreed to meet to talk about Bah. At this meeting Defendant Choye told Onano she wanted to "destroy" Bah's life.

30.     Upon information and belief on May 28, 2015, Defendant Choye made the

following defamatory statements to Onano:

    a.   "[Bah] took advantage of me."

    b.   "[Bah] sexually abused me."

31.    Upon information and belief, Defendant Choye told Onano that they could use this information to destroy Bah's life and they can start by contacting Bah's prospective employer and tell the employer Bah committed illegal sexual acts.

32.    Upon information and belief, Defendant Choye and Onano agreed that to make the statements more believable and add an air of  legitimacy, the allegations should first come from Onano and then corroborated by Defendant Choye.

33.    Upon information and belief, Defendant Choye and Onano agreed to contact Bah's prospective employer, an international nonprofit organization that had presented Bah with a formal offer of employment including an annual salary of $185,000 and an annual retirement contribution of $15,000.

34.    Upon information and belief, on or about May 30, 2015, and pursuant to the instructions and allegations by Defendant Choye, Onano contacted Bah's prospective employer and made the following defamatory statements:

    a.   "[Bah] takes advantage of women in the Global Youth Ambassador Program";

    b.   "[Bah] sexually abused and sexually assaulted one of those women, [Defendant]";

    c.   That Bah's prospective employer "should contact [Defendant] to verify the account of such abuse she suffered at the hands of Bah.

35.    Upon information and belief, on or about May 30, 2015, Defendant Choye received a call from Bah's prospective employer and, as planned, corroborated Onano's false allegations that Bah had sexually abused and sexually assaulted her.

36.     Specifically, Defendant Choye stated to Bah's prospective employer that:

a.   "I am in the Global Youth Ambassador Program";

b.   "[Bah] took advantage of me," and

c.   "[Bah] sexually abused and sexually assaulted me," and

d.   "[Bah] took me to Florida and sexually assaulted me."

37.     Upon information and belief, on June 11, 2015, and pursuant to Defendant Choye's instructions, Onano and Bah's prospective employer arranged a meeting with Bah's former employer, A World At School, to set up a meeting for Defendant Choye to lodge a formal complaint against Bah, based on the false allegations of sexual abuse against Bah.

38.     On or about June 11, 2015, staff at A World At School interviewed Defendant Choye, and Defendant Choye recanted her prior allegations and instead explained that she and Bah had a completely consensual relationship and denied any wrongdoing on his behalf. Representatives at A World At School made the following representations about what Defendant Choye told them during their meeting with her:

> "Regarding the accusation that there was some sort of sexual assault with one of our youth, our staff met with this young person and there was no such accusation. She discussed the fact they may have had a relationship but they are both of legal age and consenting adults."

**(Exhibit N)**

39.     Upon information and belief, despite confessing that her previous allegations were completely fabricated, on or about June 12, 2015, Onano, pursuant to her agreement with and instructions from Defendant Choye, contacted a New York organization called Face2face Africa that was scheduled to give Bah the prestigious Young Africans Committed to Excellence award ("YACE award").

40.     Pursuant to Defendant Choye's instructions, Onano, acting on behalf of Defendant

Choye and as Defendant Choye's representative, knowingly made the following false defamatory statements to Face2face Africa:

    a.   "[Bah] has taken advantage of women in the Global Youth Ambassador Program";

    b.   "[Bah] sexually assaulted one of those women";

    c.   "[Bah's] former employer launched an investigation into [Bah's] unlawful sexual conduct";

    d.   That "the investigation into [Bah] was already underway and ongoing."

41.    As a result of these allegations that Bah engaged in criminal sexual activity and was being investigated, Face2face Africa contacted A World At School to inquire as to the truth of Onano's allegations and A World At School responded with the aforementioned email. **(Exhibit N)**

## C.    Bah Confronts Defendant Choye and Her Malicious Behavior Worsens

42.    On June 22, 2015 counsel for Bah sent Defendant Choye a cease and desist letter that demanded Defendant retract her statements and issue an apology. Attached to the cease and desist letter was a draft of the instant complaint.

43.    Upon information and belief, on or about June 23, 2015 Defendant Choye knowingly made the following false defamatory statements to Kelly and Tom Rudin:

    a.   "[Bah] forcibly raped me."

44.    On or about June 24, 2015, after Defendant Choye received the cease and desist letter, Defendant Choye filed a false police report with the Orlando, Florida Sheriff's Department in which she falsely stated that Bah "forcibly raped" her on or about December 17, 2014 when they were in Orlando, Florida. Defendant Choye informed Onano that she had filed the police

report in Orlando, Florida. However, Defendant Choye has since recanted, the Orlando Sheriff's office has received a copy of the proof of her recantation, and, upon information and belief, the Sheriff's office has declined to investigate Bah.

45.     Upon information and belief, Defendant Choye then instructed Onano to contact Face2Face Africa and advise them that Bah was now under criminal investigation for rape.

46.     Upon information and belief, on or about June 24, 2015, pursuant to her agreement and at the direction of Defendant Choye, Onano contacted Face2face Africa and knowingly made the following false defamatory statements to Face2face Africa:

   a.   "[Bah] is under criminal investigation by the Orlando, Florida Sheriff's Department for raping Yassin Choye";

47.     Upon information and belief, Defendant Choye published these false and defamatory statements to untold others.

48.     On June 30, 2015 a representative from Face2Face Africa advised Bah that they were withholding the YACE award because of the criminal investigation in Florida.


**D.     Defendant Choye attempts to Destroy Evidence of the Consensual Relationship**

49.     On June 28, 2015 Bah discovered that Defendant Choye was removing evidence of their consensual relationship from her social media sites such as the collage on Instagram that she posted immediately after their trip to Disney World captioned "I'm grateful!!!!!!" which contained several pictures of her trip there with Bah, the trip during which Defendant Choye now alleged Bah had raped her. **(Exhibit D)**

50.     That same day, counsel for Bah sent Defendant Choye a preservation letter that demanded, *inter alia*, that Defendant Choye "preserve and not alter any and all photographs,

videotapes, recorded audio or computer media, diaries, journals, documents, materials, emails, facebook messages, instagram posts, twitter posts, or any other evidence or things relating to any relationship either of you have had with Mr. Bah, any relationship that Ms. Choye had with Mr. Bah, and Ms. Choye's alleged rape."

51.     On June 29, 2015, despite the preservation letter sent via email to Defendant Choye the day before, Defendant Choye continued to delete relevant evidence and removed another photograph from her social media Instagram account that depicted her in a dress that Bah had purchased for her.

## COUNT I
### DEFAMATION
**(Under New York Law)**

52.     Bah repeats and realleges all the allegations set forth above as if fully alleged herein.

53.     Bah worked as a Youth Engagement Coordinator for the organization A World At School. At all times relevant, Bah has enjoyed the respect, confidence and esteem of his friends, colleagues, as well as others in his industry. Indeed, he has enjoyed so much success that he was appointed by the United Nations Secretary General to represent youth on his High-level Steering Committee for his Global Education First Initiative and as stated above was scheduled to be the recipient of the YACE award.

54.     As described above, the following statements made by the Defendant Choye to Onano, and then by Onano to other third parties, were false and defamatory, to wit:

    a.   "[Bah] takes advantage of women in the Global Youth Ambassador Program";

    b.   "[Bah] sexually abused and sexually assaulted one of those women, [Defendant]";

c.  That Bah's prospective employer "should contact [Defendant] to verify the account of such abuse she suffered at the hands of Bah.

d.  "I am in the Global Youth Ambassador Program";

e.  "[Bah] took advantage of me," and

f.  "[Bah] sexually abused and sexually assaulted me," and

g.  "[Bah] took me to Florida and sexually assaulted me."

h.  "[Bah] has taken advantage of women in the Global Youth Ambassador Program";

i.  "[Bah] sexually assaulted one of those women";

j.  "[Bah's] former employer launched an investigation into [Bah's] unlawful sexual conduct";

k.  That "the investigation into [Bah] was already underway and ongoing."

l.  "[Bah] forcibly raped me."

55.  Each statement was knowingly false when made.

56.  Defendant Choye published these false statements intentionally, with knowledge of their falsity, with reckless disregard of the truth, with negligent disregard for the truth, and/or with actual malice toward Bah, intending to injure Bah and to deprive him of his good name and reputation.

57.  The actual malice with which Defendant Choye acted is illustrated by the fact that even after Defendant Choye recanted the entire story to A World At School, Defendant Choye continued to spread falsehoods concerning their romantic relationship and even went so far as to allege Bah committed forcible rape.

58.  Defendant Choye's actual malice is also revealed by her conduct after Bah sent her a cease and desist letter. Instead of recanting the story, Defendant Choye sought to bolster the

credibility of her story by filing a false police report against Bah claiming that he had raped her in Orlando, Florida on or about December 17, 2014. Defendant Choye then instructed Onano, for the purpose of providing the illusion of legitimacy, to inform Face2face Africa that Bah was under investigation for rape. Defendant Choye's hope in doing so was that Face2face Africa would rescind their plan to give Bah the YACE award, which it did.

59.     Defendant Choye's actual malice is also evident because after she received the cease and desist letter she began deleting evidence that her sexual relationship with Bah was consensual and she continued to delete such evidence even after she received a preservation letter demanding that she specifically stop deleting such evidence.

60.     Each one of Defendant Choye's statements, on its face, impugned Bah's reputation, tended to expose Bah to public contempt, ridicule, aversion or disgrace, to induce an evil opinion of him in the minds of right-thinking persons, to cause him to be shunned or avoided, and/or to injure him in his profession.

61.     Each of Defendant Choye's statements has directly and proximately caused Bah damages by virtue of his loss of reputation, shame, mortification, hurt feelings, and/or damage to his property, business, trade, profession, and/or occupation.

62.     All the false statements detailed above constitute defamation *per se* because they call into question the Bah's competence to perform adequately in his profession and allege serious criminal misbehavior by the Bah.

63.     Each of Defendant Choye's statements has directly and proximately caused Bah to lose the prospective employment position offered to him by an international non-profit organization with an annual salary of $185,000 and an annual retirement contribution of $15,000.

64.     Bah has been damaged in an amount to be determined at trial, but in no event less

than $1,000,000.

65.     In addition, because Defendant Choye's conduct was so willful, wanton and malicious, punitive damages should be awarded in an amount to be determined at trial, but in no event less than $2,000,000.

## COUNT TWO

**(Tortious interference with prospective economic relations under New York Law)**

66.     Bah repeats and realleges all the allegations set forth above as if fully alleged herein.

67.     Bah secured a job offer from an international non-profit organization with a substantial salary and benefits.

68.     Bah was also scheduled to be awarded the YACE award by Face2face Africa.

69.     Bah intends on remaining in the international youth advocacy community and build programs to bring awareness and support for education.

70.     Defendant Choye knew of Bah's pending job offer, that his former employer was A World At School, and that Bah was scheduled to receive the YACE award.

71.     Defendant Choye intentionally and maliciously contacted representatives of each of the aforementioned organizations, with whom Bah had meaningful business relationships or potential business relationships, and disseminated false information for the purpose of defaming and destroying Bah's reputation and capacity to earn a living.

72.     Defendant Choye's conduct has caused the aforementioned organizations to investigate the truth of the false defamatory allegations and the salacious accusations have jeopardized Bah's reputation.

73.     Bah has been damaged in an amount to be determined at trial, but in no event less

than $500,000.

74.     In addition, because Defendant Choye's conduct was so willful, wanton and malicious, punitive damages should be awarded in an amount to be determined at trial, but in no event less than $500,000.

## PRAYER FOR RELIEF

**WHEREFORE**, Bah prays for judgment and relief as follows:

A.  A permanent injunction preventing Defendant Choye from publishing any defamatory statements about Bah;

B.  An award of special damages against Defendant Choye in an amount to be determined at trial;

C.  An award of compensatory and punitive damages against Defendant Choye as determined at trial;

D.  An award of the costs and disbursements of this action; and

E.  Such other and further relief as this Court deems appropriate.

## JURY DEMAND

Bah hereby demands a trial by jury on all claims for which there is a right to jury trial.

Dated: May 20, 2016
        Washington, D.C.

Respectfully submitted,

FisherBroyles LLP

/s/ Owen McKeon
Owen J. McKeon
FisherBroyles, LLP
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: 202.779.7810
Email: owen.mckeon@fisherbroyles.com

# Exhibit A

**‹ Archived  +1 (202) 870-8772**

Lol 5:17 PM ✔✔

See you in Orlando 5:18 PM

Thank you for doing this with me 5:18 PM

A trip I'll never forget 5:18 PM

My first time in Disney 5:18 PM

With my babe 5:18 PM

Well. The privilege is mine. 5:18 PM ✔✔

And it's my first time too. 5:18 PM ✔✔

I'll never forget   5:19 PM ✔✔

    5:20 PM

Thu, Dec 18



  

Exhibit B

← **PHOTO** ↻

 **yaschoye** 24w



    ○ ○ ○

♥ **73 likes**

**yaschoye** I mean, it's all just sunshine 🌝 🌞 🌞 !!! Yasssssss #Florida 😃 😄

view all 7 comments

    

# Exhibit C



# Exhibit D

← **PHOTO** ↻

 **yaschoye** 26w



♡ ◯ ○ ○ ○

♥ **49 likes**

**yaschoye** I'm grateful!!!!!

    

# Exhibit E

**< Archived   +1 (202) 870-8772**

😗😍☺️ 10:20 AM ✔✔

👍 10:20 AM ✔✔

😂😂😂 10:22 AM

Gerrouttttt 10:22 AM

Babe 11:00 AM

I wanna talk to you 11:01 AM

😭😭 11:01 AM

Okay! Y am I craving to make I...
With you 11:03 AM

😳😳😳 11:03 AM

😊😊😊😊😊 11:15 AM ✔✔

Thought this was interesting.

📌 The most successful relationships tend to begin as friendships.

📌 Lucky is the man who is the

# Exhibit F

You've not been getting enough sleep these past days   6:03 PM

Lol. I wonder y 😜   6:03 PM ✓✓

I'm used to lying next to u.   6:03 PM ✓✓

Miss Ya   6:03 PM ✓✓

Lol partying   6:03 PM

Miss you more love   6:04 PM

Awww   6:04 PM

I know I'll miss you when I go to bed tonight   6:04 PM

😍 😘 😍 😘 😊   6:04 PM ✓✓

I love you   6:05 PM

Romantically??? 😊 😉   6:05 PM ✓✓

Yes babe   6:06 PM

I mean it today more than ever   6:06 PM

😘 😘   6:06 PM

Exhibit G

 

**‹4  Abibou**

7:01 PM

January 8, 2015

 I love you sweetheart   7:49 PM

Love u too boo. Loads.   7:49 PM 



7:49 PM

 And I really really wanna spend the rest of my life with you

7:49 PM

Aww. 

7:50 PM

I'll want nothing more than that.
But u have to ask nicely. And

  

# Exhibit H



Chernor Bah <bah.chernor@gmail.com>

## Heyyy let's go

**Chernor Bah** <bah.chernor@gmail.com>                    Sun, Jan 11, 2015 at 6:16 PM
To: yassin choye <yassinchoye@gmail.com>

Almost forgot. You are not even in your 20s yet darling:).

On Sun, Jan 11, 2015 at 9:52 AM, yassin choye <yassinchoye@gmail.com> wrote:

😁 😁 😁 yes but I happen to be hitting my 20s. 😝 😝

On Jan 11, 2015 7:40 AM, "Chernor Bah" <bah.chernor@gmail.com> wrote:
I'm too old. Hitting my 30s now!!! 😝 😝 😁 😁 😁 😁

Sent from my iPhone

On Jan 11, 2015, at 10:16 AM, yassin choye <yassinchoye@gmail.com> wrote:

http://elitedaily.com/life/culture/50-least-predictable-places-visit-20s/898167/

# Exhibit I



Chernor Bah <bah.chernor@gmail.com>

## sorry it has few wollof!

**Chernor Bah** <bah.chernor@gmail.com>                                    Wed, Feb 18, 2015 at 12:14 PM
To: yassin choye <yassinchoye@gmail.com>

Hmm. Wow. Your mind is powerful. Just like you!
C

On Tue, Feb 17, 2015 at 9:34 PM, yassin choye <yassinchoye@gmail.com> wrote:

We stare into each others souls
Hungry, intense desire
Bodies can stand the heat no more, on fire
Eyeing each other up
Eating each other up, no wait! Gobbling each other up, calories never checked
Lip locked
Drinking, kneading, sucking, suckling as if our lives depended on it
Getting my freakum dress on delving into my favorite diet of sodium, protein and sputum!

Tongues doing the tango
Hands intertwined
All over the place; grabbing, rubbing, ripping, pulling, tweaking, sliding in and out, up and down
Hips in rhythm
Spine curved to almost breaking point
Clawing , skin on nails, teeth drawing blood, aye! so wet it's a flood.
Mama Mia!

We've outdone the karma sutra
Baptizing every possible surface in every imaginable way, creative with our positions, Da vinci in our sub
conscious
Hearts racing
Chests heaving
Heavy breathing
Harder! faster! with urgency in our voices, woye!
drinking and lapping up each others juices, sweet sweet succulent u
Boy i want u to make me sweat, sweat till i can cum no more, and if i cry , i'm only urging u to push it, push it
some more!

U open sesame and i let u come in, slide through the water fall ryt into the cave
Feeling me, filling me
Your way u pave till u hit the G spot! Right on point, woye sama ndey!
As if on cue, I am chained to you, a slave to cum with u, for u have cum for me and i am more than thrilled to
reciprocate

We burst into flames right at the peak, going over the cliff together speaking in tongues-incoherent
Sweating and panting
We drop to the base of the mountain.
*sighs*
Well spent. :-)

# Exhibit J



Chernor Bah <bah.chernor@gmail.com>

## Good Evening

**yassin choye** <yassinchoye@gmail.com>                    Tue, Feb 17, 2015 at 7:29 PM
To: Chernor Bah <bah.chernor@gmail.com>

I can remember telling you "I have a feeling there is someone else." fact is I don't really know how true that statement is, but what I know is. It is something I feel.

Chernor you are a really nice guy, very kind, and smart. I know you are not perfect. sometimes you do things that make me question your personality. I cannot get over the fact that while sitting with you, a call that I handed you the phone myself, you picked up the call, a woman on the other end questions why you have not been talking to her, you create a scene get up, and went on talking. I over heard you ask her "are you angry with me?" In a tone that you would use to talk to me. I wish I had left that night because then I would not have witnessed the same person call you again in front of me except this time you choose to not pick up. I respect you Chernor, I promised you I am in this relationship for good, but I wonder how seriously you take me. Thank you for all the beautiful moments we had, the ride at "mountain everest" haha I will continue to call it "The stupid ride" thank you for all the nice things you do for me that you don't really have to. If there is one thing I want to tell you. It is how important it is to be HONEST. I may not be as dumb as you may think I am. Chernor there was guilt all over your face when I asked who that girl was. To her, I am sorry I came into your life, I didn't know you two still had something going on. To you. I am just a 19 year old young lady who believed she met the guy she would want to spend the rest of her life with. I don't know what you do behind me, I don't want to know, but happened in front of me hurts. You said you do not have to tell me about your past, but all those missing pieces i do not know about will keep affecting the present. You will keep meeting different women out of 20 maybe only one loves you, do not mistake her for the rest of the crowd. I am here talking to you right now i don't know what will happen once I click this send button which I am clicking this second anyway......

Yassin

# Exhibit K

4/8/15, 10:51:29 AM: +1 (202) 870-8772: And one day I was just bored so I made this

4/8/15, 10:51:43 AM: +1 (202) 870-8772:
eba6439c756a4b5d331435029740b577.jpg <attached>

\*       \*       \*

4/8/15, 12:24:48 PM: +1 (202) 870-8772: 🔲🔲🔲

4/8/15, 12:24:59 PM: +1 (202) 870-8772: You miss me?????????!

4/8/15, 12:25:29 PM: Ceebah: More than a wee bit.

4/8/15, 12:25:39 PM: Ceebah: ☺🔲☺🔲🔲

4/8/15, 12:27:07 PM: +1 (202) 870-8772: Come

4/8/15, 12:27:11 PM: +1 (202) 870-8772: 🔲🔲

4/8/15, 12:28:08 PM: Ceebah: 🔲🔲🔲🔲🔲

4/8/15, 12:28:14 PM: Ceebah: Running Ur way

4/8/15, 12:29:47 PM: +1 (202) 870-8772: Chernor I want you back

4/8/15, 12:29:59 PM: +1 (202) 870-8772: And I want something serious



# Exhibit L



Chernor Bah <bah.chernor@gmail.com>

---

## Chernor!

**yassin choye** <yassinchoye@gmail.com>
To: Chernor Bah <bah.chernor@gmail.com>

Tue, May 19, 2015 at 12:07 PM

I am now in a better state to reply this email! Nothing long either. I just want you to know that I pray with everything I have and with every part of me that you find peace, stability, and everything you think is missing in your life or you're looking for. You deserve to be happy, not only happy, but the type of happiness without boundaries, even if it isn't me you deserve it with whoever your heart desires. I pray that you find someone that even in busy periods, non-stop travels etc. you will find time to make them feel loved and be happy. I pray that you find someone that when you feel terrible you will talk about it. I want to thank you for everything you have done for me, for being there for me, for giving me good memories, for the bad memories, for the cries, for the doubts in my head, for the mistrust, for lying and speaking truth. For everything, you taught me a lot, and I appreciate it. I am on a journey, and I will meet different people, some will hurt me, some will be so amazing, but the beautiful thing about it all is. I will always appreciate. You are amazing, and I know you will always be :)


Cheers!!

Yassin :)

Exhibit M



**〈 Back (1)  +1 (202) 870-8772    Details**

Text Message
Thu, May 28, 06:14

Good morning sister! Sorry for the early message but we once met. You may not remember. I am in New York for a meeting at the UN today and tomorrow. I'd have to lunch today if possible?@

Good morning back. Who is this please?

I'm Fatou!

I don't think you'd
~~remember me. But I'd~~

 Text Message          Send


< Back (1) **+1 (202) 870-8772**     Details

Can I call now?

Who by the way are you trying to reach on this end? Just want to make sure this is not a case of mistaken identity?

No. I'm positive its not. If you can give me a minute. I can call and explain.

Sure

I don't really need any help. I just want you to be aware of a situation

 Text Message     Send

Exhibit N

> On Wed, Jun 17, 2015 at 3:17 PM, Madeline Serena
<madeline@aworldatschool.org> wrote:
> Hi Sandra,
>
> Agreed, it was nice to speak with you. As we discussed, to the best of my
knowledge Chernor Bah is not under any type of investigation (ongoing or
former). Regarding the accusation that there was some sort of sexual assault
with one of our youth, our staff met with this young person and there was no such
accusation. She discussed the fact they may have had a relationship but they are
both of legal age and consenting adults. Former employees are free to do so in
their personal lives. To my knowledge, nothing illegal took place. Personally,
having worked very closely alongside Chernor for a year and a half I would be
very surprised to hear otherwise.
>
> Please let me know if you have any questions.
>
> Best,
> Madeline
>
>